UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-25226-MGC

WINDY LUCIUS,

    Plaintiff,

v.

ABERCROMBIE & FITCH STORES, INC.,

    Defendant.

_____/

## STATEMENT OF CLAIM

    Counsel for Plaintiff, Windy Lucius, hereby files this Statement of Claim.

    The Defendant has discriminated and continues to discriminate against Plaintiff and others who are similarly situated, by denying access to, and full and equal enjoyment of goods, services, facilities, privileges, advantages, and /or accommodations as prohibited by 42 U.S.C. §12182, and is discriminating against the Plaintiff and all other individuals similarly situated as a result of Defendant's failure to maintain a mobile application ("app") that is accessible to screen reader software for its stores, Abercrombie & Fitch Stores, Inc. Defendant's app contains digital barriers limiting the ability of blind and visually impaired consumers to access the content including the ability to select a product color or be advised of a free shipping offer. Defendant's app does not properly interact with screen reader software in a manner that will allow the blind and visually impaired to enjoy the app, nor does the app provide other means to accommodate the blind and visually impaired. Due to the barriers referenced below, Plaintiff was unable to access the app and it deterred her from accessing its physical location.

    Specifically, the barriers to screen reader users contained on Defendant's app include but

are not limited to the following:

    a. *App is not accessible by keyboard only. Some sections of the app are scrollable without VoiceOver, but are not focusable when VoiceOver is on.*

    b. *Input errors are not clearly identified.*

    c. *All elements are not built for accessibility. For example, the fact that a size is not available is not communicated to users.*

    d. *The app has status messages that are not neither announced to screen reader users, nor given keyboard-focus.*

I hereby swear and affirm that on February 10, 2020, the statements made in this Statement of Claim are true and correct to the best of my knowledge.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

        Respectfully submitted,

        */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        J. COURTNEY CUNNINGHAM, PLLC
        FBN: 628166
        8950 SW 74th Court, Suite 2201
        Miami, FL 33156
        T:  305-351-2014
        cc@cunninghampllc.com