UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-25226-MGC

WINDY LUCIUS,

    Plaintiff,

v.

ABERCROMBIE & FITCH STORES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1.    Plaintiff has reached an agreement with Defendant Abercrombie & Fitch Stores, Inc. ("Defendant") to resolve the claims against it.

2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Dated: February 18, 2020

        Respectfully submitted,

        */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        J. COURTNEY CUNNINGHAM, PLLC
        FBN: 628166
        8950 SW 74th Court, Suite 2201
        Miami, FL 33156
        T:  305-351-2014
        cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                          */s/ J. Courtney Cunningham*
                                          J. Courtney Cunningham, Esq.